**So Ordered.**

**Dated: August 27th, 2019**



Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | CASE NO. 19-01991-FLK7 |
|---|---|
| **KEITH EUGENE HILDE,** | ORDER ASSUMING EXECUTORY CONTRACT |
| Debtor(s) | |

THIS MATTER having come on by motion of the debtor to assume an Executory Contract: to wit a contract to provide Felony Public Defense Services to Franklin County Superior Court; pursuant to FRBP 6006; notice having been given to the United States Trustee, Franklin County, and John Munding the Chapter 7 Trustee; and it appearing that no written objection to the motion has been timely filed; and the court being fully advised in the premises,

IT IS HEREBY ORDERED that the contract between the debtor and Franklin County is assumed.

//// end of order ////

Presented By:

s/Patrick D. McBurney, Jr.
Patrick D. McBurney - Attorney at Law
6855 W. Clearwater Ave., Suite A103
Kennewick, WA 99352
Tel:(509) 374-8996; Fax:(509) 374-1296